UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | DAIQUAN JAMEL WESTON | : CHAPTER 13 |
| | PINKIE B. BRITNEY WESTON | : |
| | Debtor | : |
| | | : |
| | JACK N. ZAHAROPOULOS | : |
| | STANDING CHAPTER 13 TRUSTEE | : |
| | Movant | : |
| | | : |
| | DAIQUAN JAMEL WESTON | : CASE NO. 1-24-bk-01046 |
| | PINKIE B. BRITNEY WESTON | : |
| | Respondent | : |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 14ᵗʰ day of June 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor(s)' Plan violates 11 U.S.C. § 1322(a)(2) in that the Debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507 (see Claim 3).

2. Statement of Financial Affairs #27 lacks description (the Debtors' 2022 tax return shows business income).

3. The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. Secured claims not in Plan, specifically, Claim 13 arrears.

4. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

    a. The Debtor has not provided to the Trustee copies of 2023
    Federal Income Tax returns as required by § 521(e)(2)(A).

5. The Plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the Plan (as to Spring Oaks Capital).

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a.  Deny confirmation of Debtor(s) Plan.
b.  Dismiss or convert Debtor(s) case.
c.  Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

2

## CERTIFICATE OF SERVICE

AND NOW, this 14th day of June 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA    17011-

/s/Tammy Life
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee