United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Daiquan Jamel Weston  
Pinkie B. Britney Weston  
    Debtors

Case No. 24-01046-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 13, 2024      Form ID: ntcnfhrg      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daiquan Jamel Weston, Pinkie B. Britney Weston, 2823 Robin Road, York, PA 17404-5723 |
| 5613098 | + | Frederic I. Weinberg & Associates, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5613100 | + | Katherine Westry, 1437 Monroe Street, York, PA 17404-5421 |
| 5614207 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 5613115 | + | West Manchester Township, 380 East Berlin Road, York, PA 17408-8700 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5613090 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 13 2024 18:59:25 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5613091 | + | Email/Text: bankruptcy@acimacredit.com | Jun 13 2024 18:53:00 | Amica Credit, 9815 South Monroe Street, Floor 4, Sandy, UT 84070-4384 |
| 5613092 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 13 2024 18:52:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5613093 | + | Email/Text: bnc-capio@quantum3group.com | Jun 13 2024 18:52:00 | Capio Partners, PO Box 3498, Sherman, TX 75091-3498 |
| 5613094 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:38 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5616500 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:23 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5613095 | + | Email/Text: bankruptcy@cavps.com | Jun 13 2024 18:52:00 | Cavalry SPV I, PO Box 4252, Greenwich, CT 06831-0405 |
| 5613096 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2024 18:59:23 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5613097 | | Email/Text: mrdiscen@discover.com | Jun 13 2024 18:51:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5614977 | | Email/Text: mrdiscen@discover.com | Jun 13 2024 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5613786 | ^ | MEBN | Jun 13 2024 18:47:25 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 5613099 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2024 18:52:00 | Jefferson Capital Systems, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5624160 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2024 18:52:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 5614424 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 13 2024 18:59:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5617982 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 18:59:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5613103 | | Email/Text: ml-ebn@missionlane.com | Jun 13 2024 18:51:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 5613101 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 18:59:30 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5613102 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2024 18:52:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 5613105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 18:59:23 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 5614013 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2024 18:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5613104 | + | Email/PDF: ebnotices@pnmac.com | Jun 13 2024 18:59:27 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5613106 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 18:59:23 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5617035 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2024 18:52:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5613108 | | Email/Text: bankruptcy@springoakscapital.com | Jun 13 2024 18:51:00 | Spring Oaks Capital, 1400 Crossways Boulevard #100B, Chesapeake, VA 23320 |
| 5613107 | + | Email/Text: DeftBkr@santander.us | Jun 13 2024 18:52:00 | Santander Bank, 450 Penn Street, MC: 10-421-MC3, Reading, PA 19602-1011 |
| 5613109 | | Email/Text: bknotice@upgrade.com | Jun 13 2024 18:51:00 | Upgrade, 275 Battery Street, Floor 23, San Francisco, CA 94111 |
| 5613110 | | Email/Text: bankruptcies@uplift.com | Jun 13 2024 18:51:00 | Uplift, 440 North wolfe Road, Sunnyvale, CA 94085 |
| 5613111 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 13 2024 18:59:35 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 5613112 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 13 2024 18:51:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 5621586 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2024 18:59:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5613113 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2024 18:59:31 | Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5613114 | + | Email/Text: PHILAW@weltman.com | Jun 13 2024 18:52:00 | Weltman, Weinberg & Reis Co., 170 South Independence Mall West, Suite 874, Philadelphia, PA 19106-3334 |
| 5613116 | ^ | MEBN | Jun 13 2024 18:48:13 | Wex Bank, PO Box 4337, Carol Stream, IL 60197-4337 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5614090 | *+ | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Daiquan Jamel Weston pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Pinkie B. Britney Weston pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daiquan Jamel Weston,

**Debtor 1**

Pinkie B. Britney Weston,

**Debtor 2**

Chapter 13

Case No. 1:24−bk−01046−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 24, 2024  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Sylvia H. Rambo US Courthouse  1501 N. 6th Street  Harrisburg, PA 17102  (717) 901−2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2024 |

ntcnfhrg (08/21)