**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Daiquan Jamel Weston<br>**Debtor 1**<br>Pinkie B. Britney Weston<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:24-BK-01046-HWV<br><br>**Matter:** Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, June 19, 2024, pursuant to Rule 7004 of the US Bankruptcy Code, I served a true and correct copy of the **Chapter 13 Plan** in this proceeding via USPS First Class Certified Mail upon the following:

Spring Oaks Capital SPV, LLC
Attn: Tim Stapleford, President
1400 Crossways Boulevard, Suite 100B
Chesapeake, VA 23320

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire