UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Daiquan Jamel Weston<br>**Debtor 1**<br>Pinkie B. Britney Weston<br>**Debtor 2**<br><br>Santander Consumer USA<br>**Movant(s)**<br>v.<br>Daiquan Jamel Weston<br>Katherine Westry (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:24-BK-01046-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 29 |

# WITHDRAWAL

TO THE BANKRUPTCY COURT:

    Kindly withdraw Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay filed by Paul D. Murphy-Ahles, Esquire and docketed as set forth above.

    Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: September 10, 2024    /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*