United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 24-01046-HWV
Daiquan Jamel Weston                                           Chapter 13
Pinkie B. Britney Weston
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 2
Date Rcvd: Sep 23, 2024                 Form ID: pdf010                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

**Recip ID**    **Recipient Name and Address**
    #+  Katherine Westry, 1437 Monroe St., York, PA 17404-5421

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Daiquan Jamel Weston pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Pinkie B. Britney Weston pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DAIQUAN JAMEL WESTON | ) | |
| PINKIE B. BRITNEY WESTON | ) | Case No.: 1:24-bk-01046 (HWV) |
| **Debtor(s)** | ) | |
| | ) | Chapter 13 |
| SANTANDER CONSUMER USA INC. | ) | |
| **Movant** | ) | |
| | ) | |
| v. | ) | |
| | ) | 11 U.S.C. 362 |
| DAIQUAN JAMEL WESTON | ) | |
| PINKIE B. BRITNEY WESTON | ) | 11 U.S.C. 1301 |
| KATHERINE WESTRY | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| JACK N. ZAHROPOULOS | ) | |
| **Trustee** | | |

### ORDER

Upon consideration of the Motion of Santander Consumer USA Inc. under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, Doc. 28, and for good cause shown, and the hearing held on September 10, 2024, for the reasons stated on the record, it is

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated to permit the Movant to pursue the Movant's rights in the personal property described as a **2016 Honda CR-V** bearing vehicle identification number 5J6RM4H98GL096842 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 20, 2024