UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DAIQUAN JAMEL WESTON | : | CHAPTER 13 |
| PINKIE B. BRITNEY WESTON | : | |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DAIQUAN JAMEL WESTON | | |
| PINKIE B. BRIENEY WESTON | : | |
| Respondent(s) | : | CASE NO. 1-24-bk-01046 |

AMENDED WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this 8th day of October, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about September 13, 2024, be withdrawn as all issues have been resolved.

                Respectfully submitted:

                /s/Jack N. Zaharopoulos
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 8th day of October, 2024, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA 17011

                /s/Deborah A. DePalma
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee