# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daiquan Jamel Weston, **Debtor 1** | Chapter 13 |
| Pinkie B. Britney Weston, **Debtor 2** | Case No. 1:24–bk–01046–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 27, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 9, 2024

orcnfpln(05/18)

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Daiquan Jamel Weston<br>**Debtor 1**<br>Pinkie B. Britney Weston<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:24-BK-01046-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, October 11, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local notices<br>0314-1<br>Case 1:24-bk-01046-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Tue Aug 27 14:26:45 EDT 2024 | Santander Consumer USA Inc.<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 ELECTRONIC | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 ELECTRONIC |
| Affirm<br>30 Isabella Street, Floor 4<br>Pittsburgh, PA 15212-5862 | Amica Credit<br>9815 South Monroe Street, Floor 4<br>Sandy, UT 84070-4384 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 |
| Capio Partners<br>PO Box 3498<br>Sherman, TX 75091-3498 | Capital One Bank USA<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 DUPLICATE | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cavalry SPV I<br>PO Box 4252<br>Greenwich, CT 06831-0405 | Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 DUPLICATE |
| Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | FIRST PORTFOLIO VENTURES II, LLC<br>3091 Governors Lake Drive Suite 500<br>Peachtree Corners, GA 30071-1135 | Frederic I. Weinberg & Associates<br>375 East Elm Street, Suite 210<br>Conshohocken, PA 19428-1973 DUPLICATE |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Katherine Westry<br>1437 Monroe Street<br>York, PA 17404-5421 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 DUPLICATE |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 DUPLICATE | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 DUPLICATE | Midland Credit Management<br>PO Box 2037<br>Warren, MI 48090-2037 |
| (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |
| PennyMac Loan Services<br>PO Box 514387<br>Los Angeles, CA 90051-4387 DUPLICATE | PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75556-0284

Santander Bank
450 Penn Street
MC: 10-421-MC5
Reading, PA 19602-1011

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Spring Oaks Capital SPV, LLC
PO BOX 1216
CHESAPEAKE, VA 23327-1216

U.S. Department of Housing and Urban Develop
12th Floor 801 Market Street
Philadelphia, PA 19107

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

(p)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

(p)UPLIFT INC
5301 KIETZKE LN STE 200
RENO NV 89511-2083

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438 MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438

Weltman, Weinberg & Reis Co.
170 South Independence Mall West
Suite 874
Philadelphia, PA 19106-3334

West Manchester Township
380 East Berlin Road
York, PA 17408-8700

Wex Bank
PO Box 4337
Carol Stream, IL 60197-4337

Daiquan Jamel Weston
2823 Robin Road
York, PA 17404-5723

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

Pinkie B. Britney Weston
2823 Robin Road
York, PA 17404-5723

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems
16 Mcleland Road
PO Box 7999
Saint Cloud, MN 56302-9617

(d)Jefferson Capital Systems LLC
PO Box 7999
St, Cloud, MN 56302-9617

Mission Lane
PO Box 105286
Atlanta, GA 30348

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541

Spring Oaks Capital
1400 Crossways Boulevard #100B
Chesapeake, VA 23320

| US Department of HUD | Upgrade | Uplift |
|---|---|---|
| 451 7th Street SW | 275 Battery Street, Floor 23 | 440 North wolfe Road |
| Washington, DC 20410 | San Francisco, CA 94111 | Sunnyvale, CA 94085 |

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)PENNYMAC LOAN SERVICES, LLC | (d)Cavalry SPV I, LLC | (d)Midland Credit Management, Inc. |
|---|---|---|
| | PO Box 4252 | PO Box 2037 |
| | Greenwich, CT 06831-0405 | Warren, MI 48090-2037 |

End of Label Matrix
Mailable recipients    49
Bypassed recipients     3
Total                  52