UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAIQUAN JAMEL WESTON, | : | |
| PINKIE B. BRITNEY WESTON, | : | |
|    Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE, | : | |
|    Movant | : | |
| | : | |
|    Vs | : | |
| | : | |
| DAIQUAN JAMEL WESTON, | : | |
| PINKIE B. BRITNEY WESTON, | : | |
|    Respondent | : | CASE NO. 1:24-bk-01046-HWV |

**AMEDNED TRUSTEE'S MOTION TO DISMISS CASE
FOR FAILURE OF DEBTOR TO PROVIDE THE CHAPTER 13 TRUSTEE
WITH COPIES OF THEIR 2024 FEDERAL INCOME TAX RETURNS**

AND NOW, this 27th day of May 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Douglas R. Roeder, Esquire, hereby moves this Honorable Court to dismiss the above-captioned Chapter 13 bankruptcy case in accordance with §§ 521 and 1307(c) for failure of Debtor to provide the Chapter 13 Trustee with copies of their 2024 federal income tax return, and in support thereof, states as follows:

1. On or about April 26, 2024, Debtor filed a Petition under Chapter 13 of the Bankruptcy Code. (ECF No. 1).

2. Debtor's Chapter 13 Plan was confirmed by Order dated October 9, 2024. (ECF No. 50).

3. Pursuant to § 521(f), Trustee is allowed to request "a copy of each Federal income tax return required under applicable law (or at the election of the debtor, a transcript of such tax return) with respect to each tax year of the debtor ending while the case is pending under such chapter."

4. By letter dated April 21, 2025, Trustee provided Debtor ten (10) days to submit a copy of their 2024 federal income tax return.

5. By letter dated May 5, 2025, Trustee sent a second notice providing Debtor ten (10) days to submit a copy of their 2024 federal income tax return.

6. To date, Debtor has not complied with Trustee's request for their 2024 federal income tax returns.

7. Accordingly, Trustee hereby moves to dismiss the case.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case in accordance with §§ 521 and 1307(c) and grant any further relief that is equitable and just.

Date: May 27, 2025

Respectfully submitted,
/s/ Douglas R. Roeder, Esquire
Attorney ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAIQUAN JAMEL WESTON, | : | |
| PINKIE B. BRITNEY WESTON, | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| Vs | : | |
| | : | |
| DAIQUAN JAMEL WESTON, | : | |
| PINKIE B. BRITNEY WESTON, | : | |
| Respondent | : | CASE NO. 1:24-bk-01046-HWV |

## **NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania filed a Motion to Dismiss on May 27, 2025.

If you object to the relief requested, you must file your objection/response on or before June 10, 2025, with the Clerk of Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse No.4B, 1501 North 6th Street, Harrisburg, PA 17102, and serve a copy on the Trustee and/or the United States Trustee.

A hearing has been scheduled for June 25, 2025, at 9:35 a.m., at U.S. Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse No.4B, 1501 North 6th Street, Harrisburg, PA 17102, and will be held regardless of any objections or responses having been filed.

Date: May 27, 2025

Respectfully submitted,
/s/ Douglas R. Roeder, Esquire
Attorney ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| DAIQUAN JAMEL WESTON, : | |
| PINKIE B. BRITNEY WESTON, : | |
|    Debtor : | |
| : | |
| JACK N. ZAHAROPOULOS : | |
| CHAPTER 13 TRUSTEE, : | |
|    Movant : | |
| : | |
|    Vs : | |
| : | |
| DAIQUAN JAMEL WESTON, : | |
| PINKIE B. BRITNEY WESTON, : | |
|    Respondent : | CASE NO. 1:24-bk-01046-HWV |

## **ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee applications.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| DAIQUAN JAMEL WESTON, : | |
| PINKIE B. BRITNEY WESTON, : | |
|     Debtor : | |
| : | |
| JACK N. ZAHAROPOULOS : | |
| CHAPTER 13 TRUSTEE, : | |
|     Movant : | |
| : | |
|     Vs : | |
| : | |
| DAIQUAN JAMEL WESTON, : | |
| PINKIE B. BRITNEY WESTON, : | |
|     Respondent : | CASE NO. 1:24-bk-01046-HWV |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 27, 2025, I served a copy of this Motion to Dismiss, Notice, and Proposed Order on the following parties from Hummelstown, PA, unless served electronically:

SERVED ELECTRONICALLY

United State Trustee
1501 North 6th Street
P.O. Box 302
Harrisburg, PA 17102

Paul Murphy-Ahles Esquire
Dethlefs, Pykosh & Murphy
2132 Market Street
Camp Hill PA 17011

SERVED BY FIRST CLASS MAIL

Daiquan Jamel Weston
Pinkie B Britney Weston
2823 Robin Road
York PA 17404-5723

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: May 27, 2025 | /s/ Ashley Schott<br>Office of the Standing Chapter 13 Trustee<br>Jack N. Zaharopoulos<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>Phone: (717) 566-6097<br>Email: info@pamdamd13trustee.com |