LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAIQUAN JAMEL WESTON and
PINKIE B. BRITNEY WESTON

Debtor(s)

PENNYMAC LOAN SERVICES, LLC

Plaintiff(s)/Movant(s)
vs.

DAIQUAN JAMEL WESTON and
PINKIE B. BRITNEY WESTON

JACK N. ZAHAROPOULOS, ESQUIRE
STANDING CHAPTER 13 TRUSTEE

Defendant(s)/Respondent(s)

CHAPTER 13

CASE NO. 1-24-bk-01046-hwv

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Motion for Relief from Automatic Stay

Document #: 69; 70

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Parties are in the process of settling the matter by stipulation.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 09/19/2025

/s/ Paul D. Murphy-Ahles

Attorney for Debtor(s)

Name: Paul D. Murphy-Ahles

Phone Number: (717) 975-9446

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.