**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daiquan Jamel Weston<br>**Debtor 1**<br>Pinkie B. Britney Weston<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:24-BK-01046-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## MOTION FOR TERMINATION OF WAGE ATTACHMENT ORDER

AND NOW, come the Debtor(s), Pinkie B. Britney Weston, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Termination of Wage Attachment Order and aver as follows:

1) Debtor(s) filed a Chapter 13 Petition on or about April 26th, 2024.

2) Debtor 2 receives regular income from employment with OSS Orthopedic Hospital. which has been attached under 11 U.S.C. §1326 to fund Debtor(s)' Chapter 13 Plan.

3) Debtor 2 wishes to terminate this wage attachment.

WHEREFORE, Debtor(s) respectfully requests that this Court enter an Order directing the above-mentioned employer to cease immediately this wage attachment to the Standing Chapter 13 Trustee.

Respectfully submitted,

Date: August 25, 2026

/s/ Pinkie B. Britney Weston

Debtor 2

**DETHLEFS PYKOSH & MURPHY**

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daiquan Jamel Weston<br>**Debtor 1**<br>Pinkie B. Britney Weston<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:24-BK-01046-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 2 receives income should immediately cease the wage attachment in the amount of **$111.69** from each **bi-weekly** paycheck.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daiquan Jamel Weston<br>**Debtor 1**<br>Pinkie B. Britney Weston<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:24-BK-01046-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

**CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, August 25, 2026, I served a true and correct copy of the **Debtor(s)' Motion for Termination of Wage Attachment Order and proposed Order** in this proceeding upon the following:

Via USPS First Class Mail
OSS: Orthopedic Hospital
Attn: Payroll Department
1861 Powder Mill Road
York, PA 17402

Via Electronic Means
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

/s/ RJ Reynolds

RJ Reynolds
Paralegal for Paul D. Murphy-Ahles, Esquire